UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| GARY VARVEL | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:22-cv-23-TBR |
| | ) | |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (AFLAC) and GUARDIAN LIFE INSURANCE COMPANY OF AMERICA | ) ) ) ) | |
| | ) | |
| DEFENDANTS | ) | |

## NOTICE OF REMOVAL

Defendant, American Family Life Assurance Company of Columbus, by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, Paducah Division, stating as follows:

1. On January 11, 2022, the Complaint in Case No. 22-CI-00004 was filed in the Trigg Circuit Court by Plaintiff against Aflac and Guardian Life Insurance Company of America. The Summons, along with the Complaint, was served on Aflac's statutory agent, CSC, by certified mail, on January 19, 2022. The Summons and Complaint were also served upon Guardian's statutory agent, CSC, by certified mail, on January 19, 2022. The Summonses and Complaint, copies of which are appended hereto [App. 1 (Aflac); App. 2 (Guardian)], constitute all process, pleadings and orders served upon Defendants to date in this action.

2. Plaintiff's Complaint alleges that "[a]s part of its compensation package to its employees, Postal Fleet Services, Inc. provided to the Plaintiff short term and long term disability

benefits through AFLAC" [*see* Complaint, Count I ¶5; *see also* Count II ¶ 4 ("In addition to AFLAC, the Plaintiff was also entitled to short term and long term disability benefits with Guardian.")]. Thus, the action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan or plans.

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. § 1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan or plans established under and governed by the Employee Retirement Income Security Act of 1974, ("ERISA"), 29 U.S.C. §1001, *et seq.* [Complaint, Count I ¶¶ 5-7, Count II ¶¶ 4-6].

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries. *See* ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. § 1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. § 1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (b). *See Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Such a claim is properly removable even if the defense of ERISA preemption does not appear on the face of the Complaint. *Id.*

7. The co-defendant, Guardian, consents to this Notice of Removal.

8.	Defendants have filed no pleadings in this action and this Notice of Removal is filed within thirty (30) days after the receipt by them of copies of the Summons and Complaint in this action.

WHEREFORE, Defendant, American Family Life Assurance Company of Columbus, hereby gives notice of this removal from the Trigg Circuit Court to the United States District Court for the Western District of Kentucky, Paducah Division.

> s/ *Michelle Turner*
> Michelle Turner
> Attorney for Defendants, American Family
> Life Assurance Company of Columbus and
> The Guardian Life Insurance Company of
> America
> TURNER, KEAL & BUTTON, PLLC
> 10624 Meeting St., #101
> Prospect, KY  40059
> Phone:  (502) 426-5110
> Fax:  (502) 426-5119
> E-mail:  mturner@turnerkeal.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark Edwards          medwards@edwardsandkautz.com
David C. Troutman     dtroutman@eandklaw.com

> s/ *Michelle Turner*
> Michelle Turner
> Attorney for Defendants
> TURNER, KEAL & BUTTON, PLLC
> 10624 Meeting St., #101
> Prospect, KY  40059
> Phone:  (502) 426-5110
> Fax:  (502) 426-5119
> E-mail:  mturner@turnerkeal.com